**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF FLORIDA**

IN RE:                                                                    Case No.: 19-10131-CLC
**GERARDO HERNADEZ**
   Debtor.                                                          Chapter 13
_____/

**NOTICE AND MOTION TO DEEM DEBTOR CURRENT AS TO PAYMENTS OWED TO WINDWARD AT ISLANDS AT DORAL NEIGHBORHOOD ASSOCIATION, INC.**

COMES NOW, the Debtor, through undersigned counsel, and files this, their Notice of Final Cure Payment and Motion to Deem Debtor Current on Prepetition and Postpetition Payments to Windward at Islands at Doral Neighborhood Association, Inc.. ("Secured Creditor") is current as to all prepetition and postpetition amounts as of January 16, 2024, and respectfully states

1. That the Trustee has sent payments totaling $ 7,260.33 due for arrears as per the Agreed Order on Debtor's Objection to Claim(DE:200) .

2. That the Trustee has sent regular payments to Secured Creditor totaling $13,463.73 as regular monthly payments as per the Agreed Order on Debtor's Objection to Claim(DE:200)

3. That this filing gives notice to the Secured Creditor that a hearing on whether the Debtor is current on all cure payments and post petition payments due to them will be held and that **they shall file any objection to the status of the secured debt as current no later than two business days prior to the scheduled hearing.**

4. Debtor asks that this matter be set for hearing so that this Court can

determine what amounts, if any, are due by Debtor to Secured Creditor for post-petition payments.

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090 (A)1, and that a true and correct copy foregoing was furnished by Electronic Mail and Regular US Mail to the below parties, this 14th day of March, 2024.

Alberto Jose Alonso on behalf of Creditor Windward at Islands at Doral Neighborhood Association, Inc.
alberto@mlawfl.com, juan@mlawfl.com

Alexis S Read on behalf of Creditor Windward at Islands at Doral Neighborhood Association, Inc.

asr@alexisreadlaw.com, assistant@alexisreadlaw.com;alexis.read@dunlawpa.comOffice of the U.S. Trustee 51 SW 1st Avenue Miami, FL 33130

Nancy K. Neidich Esq. Chapter 13 Standing Trustee Post Office Box 279806 Miramar, Florida 33027

**KENNETH S. ABRAMS, P.A.**
Attorneys for Debtor(s)
9769 S. Dixie Highway, Suite 203
Miami, FL 33156
Telephone: (305) 598-1880
Facsimile: (305) 598-1881
Email:
Kabrams@bkclaw.com

By:  */s/Kenneth S. Abrams, Esq.*
KENNETH S. ABRAMS, ESQ.
Florida Bar No.: 107293